**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KYION BALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:24-cv-01536 |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | Magistrate Judge Patricia L. Dodge |
| S.C.I. GREENE INMATE EMPLOYMENT, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM ORDER</u>**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 27, 2026, Judge Dodge issued a Report (Doc. 62) (the "R&R"), recommending that Defendants' Motion to Dismiss (Doc. 50) (the "Motion") be granted and this action dismissed with prejudice. The R&R was served on counsel of record and Plaintiff directly. No objections to the R&R were filed.

After a review of the pleadings and documents in the case, together with the R&R, it is **ORDERED** that the Motion is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The R&R is **ADOPTED** as the Opinion of the District Court.

IT IS SO ORDERED.

November 17, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via First-Class U.S. Mail):

Kyion Ball
GZ7653
SCI Fayette
48 Overlook Drive
LaBelle, PA 15450

cc (via ECF email notification):

All Counsel of Record